FILED
CLERK, U.S. DISTRICT COURT
4/24/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: _____WH_____ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAMAR JACKSON;<br><br>Plaintiff,<br><br>VS.<br><br>CCMP-DE, LLC, a Delaware Limited Liability Company; DOES 1-10,<br><br>Defendants. | Case No.: 2:20-cv-00277-PSG-PJW<br><br>[~~PROPOSED~~] JUDGMENT (RE: RULE 68 OFFER OF JUDGMENT) |

Upon review of the acceptance by Plaintiff Shamar Jackson of the Federal Rule of Civil Procedure, Rule 68 Offer of Judgment made by Defendant CCMP-DE, LLC's, it is hereby ordered and adjudged that plaintiff Shamar Jackson shall have JUDGMENT in his favor in the amount of $11,999 against defendant CCMP-DE, LLC.

Dated: 4/24/2020

**PHILIP S. GUTIERREZ**
_____
U.S. District Judge Philip S. Gutierrez

*Presented by*:

Anoush Hakimi, Esq.
(323) 672 – 8281
anoush@handslawgroup.com
Attorney for Plaintiff Shamar Jackson